**Order entered October 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00222-CV**

**IN RE CITY OF DALLAS, Relator**

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00776-A**

**ORDER**

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DISMISS** relator's petition for

writ of mandamus. We also **LIFT** the stay issued by our April 8, 2021 order.


/s/    LESLIE OSBORNE
        JUSTICE